| | |
|---|---|
| 1 | Honorable John C. Coughenour |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR04-575JCC |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| ANTONIO ZACARIAS-MORALES, a/k/a/ ANTONIO CISNEROS, | |
| Defendant. | |

The Court has considered the stipulated motion of the parties requesting a continuance of the trial to July 25, 2005. The Court finds as facts the facts stipulated to by counsel in that document, including the following:

1. Through due diligence, counsel for the defendant requires additional time in which to review the discovery, including electronic discovery, produced by the government.

2. Through no fault of the parties, some of the discovery produced by the government in electronic format was unable to be accessed by defense counsel. The investigative agency recreated and reproduced this discovery in a format that may be accessed by defense counsel with his equipment. Further, the investigative agency located and immediately produced another audiocassette recording, which contains the recorded statements of the defendant at a lengthy undercover meeting. This audio recording was

ORDER CONTINUING TRIAL DATE/
(USA v. ANTONIO ZACARIAS-MORALES, Case No. 04-575JCC) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  delivered to defense counsel on or about June 21, 2005, as soon as it was received by the
2  U.S. Attorney's Office.
3      3.  The parties are working through the discovery issues in good faith.
4      4.  The parties agree that a short continuance of the trial will allow sufficient
5  time for defense counsel to review and analyze all of the electronic discovery.
6      5.  The parties agree that it is appropriate for this Court to enter an order
7  extending the speedy trial time under 18 U.S.C. Section 3161(h)(8) through July 25, 2005,
8  and that the ends of justice served by granting the requested extension of time outweigh
9  the best interests of the public and the defendant in a speedy trial.
10     6.  The Court therefore finds good cause for an extension of the speedy trial
11 time under 18 U.S.C. Section 3161(h)(8).
12         THEREFORE, it is hereby ORDERED that the trial is continued to
13 July 25, 2005.
14         It is further ORDERED that the period of delay from July 11, 2005, until
15 July 25, 2005, is excludable time pursuant to 18 U.S.C. Section 3161(h).
16         DATED this ___28th_ day of June, 2005.

                                    _____
                                    JOHN C. COUGHENOUR
                                    UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Janet Freeman*
JANET FREEMAN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Phone: (206) 553-7970
Fax:   (206) 553-0755
e-mail: Janet.Freeman@usdoj.gov

*s/ John W. Lundin* (per telephonic approval)
JOHN W. LUNDIN

ORDER CONTINUING TRIAL DATE/
(USA v. ANTONIO ZACARIAS-MORALES, Case No. 04-575JCC) - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | Counsel for Defendant
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER CONTINUING TRIAL DATE/
(USA v. ANTONIO ZACARIAS-MORALES, Case No. 04-575JCC) - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970